United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.  6:26-MJ-54 |
| BRANDON SAUCEDO | § | |
| DIEGO HUMBERTO GONZALEZ | § § | |

### ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE

It is hereby ORDERED that the above-entitled and numbered Complaint be DISMISSED without prejudice as to Defendants BRANDON SAUCEDO and DIEGO HUMBERTO GONZALEZ, in the interest of justice.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED on this _____6_____ day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge